**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **ERNEST VILLARREAL** | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 6:18-CV-00024** |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **FORMOSA PLASTICS CORPORATION,** | § | |
| **TEXAS,** | § | |
| *Defendant.* | § | |

**PROPOSED ORDER**

Before the Court is the plaintiff's motion to compel the defendant to verify its interrogatory answers and fully answer plaintiff's interrogatory no. 20. The Court has reviewed the plaintiff's discovery requests at issue, the defendant's objections and responses, the plaintiff's motion, and the defendant's response, if any. The Court concludes that the plaintiff is entitled to the relief he requested.

The Court orders that the defendant verify its interrogatory answers and fully answer plaintiff's interrogatory no. 20, within ___ days of the date of this Order.

Signed this _____ day of _____ 2018.

_____
United States District Judge