**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | |
|---|---|
| **ERNEST VILLARREAL** §<br>    *Plaintiff,* §<br> §<br> §   **CIVIL ACTION NO. 6:18-CV-00024**<br>**v.** §<br> §   **JURY TRIAL DEMANDED**<br> §<br>**FORMOSA PLASTICS CORPORATION,** §<br>**TEXAS,** §<br>    *Defendant.* § | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

This is notice that the below-listed counsel is making an appearance in this case for the

Plaintiff, Ernest Villarreal.

> Katherine L. Butler
> State Bar No. 03526300
> 1007 Heights Boulevard
> Houston, Texas  77008
> (713) 526-5677
> Fax (888) 370-5038
> kathy@butlerharris.com

Respectfully submitted this 21st day of November, 2018

> Respectfully submitted,
>
> s/ Katherine L. Butler
> State Bar No. 03526300
> 1007 Heights Boulevard
> Houston, Texas  77008
> (713) 526-5677
> Fax (888) 370-5038
> kathy@butlerharris.com
>
> Counsel for the Plaintiff

**Certificate of Service**

I certify that a true and correct copy of this document has been served upon the defendants by filing it with the Court's ECF system on November 21, 2018.

/s/ Katherine L. Butler